SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QIAO LI and CHEN MA, <br><br> Plaintiffs, <br><br> v. <br><br> GERARD HEINAUER, Director, USCIS Nebraska Service Center; EMILIO T. GONZALEZ, Director, USCIS ROBERT MUELLER, III, Director, Federal Bureau of Investigation, MICHAEL CHERTOFF, Secretary Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; <br><br> Defendants. | No. C 07-2253 PVT <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** AND ORDER ON STIPULATION |

Plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before July 9, 2007.

///

///

Stipulation for Extension
C07-2253 PVT                                1

Jul 02 2007 4:37PM    Law Offices of Kip Evan S    415 456-1921    p.2
Case 5:07-cv-02253-PVT    Document 8    Filed 07/06/07    Page 2 of 2
JUL-02-2007 04:33    415 436 6927    415 436 6927    P.03

| | |
|---|---|
| 1  Dated: July 2, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS |
| 3 | United States Attorney |
| 5 | EDWARD A. OLSEN |
| 6 | Assistant United States Attorney |
|   | Attorneys for Defendants |
| 9  Date: July 2, 2007 | KIP EVAN STEINBERG |
| 10 | Attorney for Plaintiff (EWK) |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 6, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation for Extension
C07-2253 PVT

2