SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QIAO LI and CHEN MA, <br>             Plaintiffs, <br><br>         v. <br><br> GERARD HEINAUER, Director, USCIS Nebraska Service Center; <br> EMILIO T. GONZALEZ, Director, USCIS <br> ROBERT MUELLER, III, Director, Federal Bureau of Investigation, <br> MICHAEL CHERTOFF, Secretary Department of Homeland Security; <br> ALBERTO GONZALES, Attorney General, Department of Justice; <br><br>             Defendants. | No. C 07-2253 PVT <br><br> **STIPULATION TO EXTEND DATES; and [~~PROPOSED~~] ORDER** |

    Plaintiff, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about April 25, 2007. Defendants' filed a response to Plaintiffs' amended complaint on July 9, 2007.

    2. Pursuant to this Court's April 25, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 31, 2007, and attend a case management conference on August 7, 2007.

Stipulation for Extension
C07-2253 PVT                              1

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Joint ADR Certification:            July 31, 2007

Last day to file/serve Joint Case Management Statement:   August 14, 2007

Case Management Conference:                          August 21, 2007 at 2:00 p.m.

Dated: July 16, 2007                    Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                              /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants



                                              /s/
Date: July 16, 2007                     KIP EVAN STEINBERG
                                        Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: July 23, 2007                     *Patricia V. Trumbull*
                                        ─────────────────────────
                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

Stipulation for Extension
C07-2253 PVT                              2