```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QIAO LI and CHEN MA,<br><br>    Plaintiffs,<br><br>    v.<br><br>GERARD HEINAUER, Director, USCIS Nebraska Service Center;<br>EMILIO T. GONZALEZ, Director, USCIS<br>ROBERT MUELLER, III, Director, Federal Bureau of Investigation,<br>MICHAEL CHERTOFF, Secretary Department of Homeland Security;<br>ALBERTO GONZALES, Attorney General, Department of Justice;<br><br>    Defendants. | No. C 07-2253 PVT<br><br>**STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE;** and [~~PROPOSED~~] **ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff Chen Ma filed an amended complaint on or about June 6, 2007 seeking adjudication of her adjustment of status application.

    2. On July 6, 2007, the United States Citizenship and Immigration Services granted plaintiff's application.

    3. Plaintiff intends to dismiss her amended complaint upon receipt of her alien registration card

1  which the parties believe will occur within a matter of weeks.

2     In light of the foregoing, the parties respectfully request the Court to vacate the case
3  management conference scheduled for August 21, 2007.

4  Dated: August 8, 2007                          Respectfully submitted,
5
                                                  SCOTT N. SCHOOLS
6                                                 United States Attorney

7

8                                                       /s/
                                                  EDWARD A. OLSEN
9                                                 Assistant United States Attorney
                                                  Attorneys for Defendants
10

11

12                                                      /s/
   Date: August 7, 2007                           KIP EVAN STEINBERG
13                                                Attorney for Plaintiffs

14

15

16                                **ORDER**

17     Pursuant to stipulation, IT IS SO ORDERED.

18

19  Date: 8/13/07
20                                                _____
                                                  PATRICIA V. TRUMBULL
21                                                United States Magistrate Judge

Stipulation for Extension
C07-2253 PVT                                      2