```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| QIAO LI and CHEN MA | ) | |
| | ) | No. C 07-2253 PVT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| GERARD HEINAUER, Director, USCIS Nebraska Service Center; | ) | |
| EMILIO T. GONZALEZ, Director, USCIS | ) | |
| ROBERT MUELLER, III, Director, Federal Bureau of Investigation, | ) | |
| MICHAEL CHERTOFF, Secretary Department of Homeland Security; | ) | |
| ALBERTO GONZALES, Attorney General, Department of Justice; | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation for Dismissal
C07-2253 PVT                              1

| | |
|---|---|
| 1  Dated: September 25, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: September 25, 2007

/s/
KIP EVAN STEINBERG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 17, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation for Dismissal
C07-2253 PVT                    2