UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LI, ET AL., | ) | Case No.: C 07-2253 PVT |
|        Plaintiff, | ) | **ORDER RE STIPULATION TO SEAL RECORD** |
| v. | ) | |
| HEINAUER, ET AL., | ) | |
|        Defendants. | ) | |

On January 9, 2008, Plaintiffs' filed a signed stipulation to seal the record, asserting that the pleadings contained "personal identifiers." Pursuant to General Order No. 53, a party can request that the court seal, "personal identifiers," such as, social security numbers, names of minor children, dates of birth, and financial account numbers. However, according to Civil Local Rules, Rule 79-5, any request to seal a filing "must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L. R. 79-5(b)-(c)." *Id.* Further, Rule 79-5(b)-(c) sets forth the procedural requirements necessary for filing a motion to seal documents. In this instance, the parties improperly sought to seal the entire record.

IT IS HEREBY ORDERED that Plaintiffs shall electronically file redacted copies of all documents they wish to seal no later than January 31, 2008. After the redacted copies are filed, the court will remove the unredacted copies from its electronic filing system.

IT IS FURTHER ORDERED that the Plaintiffs' request to seal the entire record is DENIED.[1]

Dated: *1/10/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.